# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Chambers of
**STEVEN J. McAULIFFE**
Chief Judge

Warren B. Rudman
United States Courthouse
55 Pleasant Street
Concord, New Hampshire 03301
Telephone 603-226-7304

July 2, 2009

Honorable Bobby R. Baldock
Judicial Conference
    of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.    20544

Dear Judge Baldock:

    I appreciated your June 24 letter "clearing" me more than your June 29 letter finding minor omissions in my 2008 FDR. (It is comforting to know that even the staff experts fumble occasionally.)

    Of course your June 29 observations are correct, but it is very disappointing to find that the auditing software still doesn't pick up such omissions — I ran it several times (copies enclosed) to insure elimination of such oversights. Perhaps it needs to be tweaked yet again.

    Consider this letter an amendment to my 2008 FDR in the following respects:

Part VII line 81 add J in Column C(1) and
                  T in Column C(2)

        line 82 add J in Column C(1) and
                      T in Column C(2)

        line 94 add T in Column C(2)

        line 95 add T in Column C(2).

Sincerely,

SJM/lag
Enclosures

**McAuliffe_Steven_J**

**Audit Report - MCAULIFFE, STEVEN J.**

The review of your report has been completed. It is designed to remind you of certain reporting requirements and to catch common errors, such as the omission of required information or the selection of an incorrect income or value code.

At this time, the review feature cannot conduct a comparison between Part VII of your current and prior reports to check for assets which were added or omitted without the required transaction information in Column D or an explanation in Part VIII. In addition, the software cannot determine whether the description in Column A lists the full name of a mutual fund, e.g., Merrill Lynch Europacific mutual fund, or the full name of the financial institution where an account is held, e.g., Smith Barney Money Market Fund. It is also difficult for the software to note omissions or errors in IRAs and Trusts when the aggregate reporting method is used but the dash is not included before each asset in the aggregate account.

Most items flagged by this review require correction or completion. Certain additional items are included as general reminders. After making your corrections, please repeat this review process to ensure that you did not inadvertently introduce additional errors into your report.

The review of your report noted the following:

**Reminders**

**Part I. Positions**

Part I, Positions, line 3, the reporting of an organization or entity as "trust" or "estate" requires a listing of the assets in that trust or estate in Part VII. Further, if the trust or estate has no assets, an explanation of that fact must be included in Part VIII.

**Errors**

**Part VII. Investments and Trusts**

Part VII, Investments and Trusts, line 11, you are not required to report your Thrift Savings Plan (TSP).

If this report is unclear or you have a question about its advice, please call the staff of the Committee on Financial Disclosure, at (202) 502-1850.

## Audit Report - MCAULIFFE, STEVEN J.

The review of your report has been completed. It is designed to remind you of certain reporting requirements and to catch common errors, such as the omission of required information or the selection of an incorrect income or value code.

At this time, the review feature cannot conduct a comparison between Part VII of your current and prior reports to check for assets which were added or omitted without the required transaction information in Column D or an explanation in Part VIII. In addition, the software cannot determine whether the description in Column A lists the full name of a mutual fund, e.g., Merrill Lynch Europacific mutual fund, or the full name of the financial institution where an account is held, e.g., Smith Barney Money Market Fund. It is also difficult for the software to note omissions or errors in IRAs and Trusts when the aggregate reporting method is used but the dash is not included before each asset in the aggregate account.

Most items flagged by this review require correction or completion. Certain additional items are included as general reminders. After making your corrections, please repeat this review process to ensure that you did not inadvertently introduce additional errors into your report.

---

The review of your report noted the following:

### Reminders

### Part I. Positions

Part I, Positions, line 3, the reporting of an organization or entity as "trust" or "estate" requires a listing of the assets in that trust or estate in Part VII. Further, if the trust or estate has no assets, an explanation of that fact must be included in Part VIII.

---

### Errors

### Part VII. Investments and Trusts

Part VII, Investments and Trusts, line 1, if this asset was not owned on the last day of the reporting period, Columns C(1) and C(2) should be left blank. If this transaction is only a partial disposition, add "(part)" to the description in Column D(1).

Part VII, Investments and Trusts, line 11, you are not required to report your Thrift Savings Plan (TSP).

Part VII, Investments and Trusts, line 33, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

Part VII, Investments and Trusts, line 71, if this asset was not owned on the last day of the reporting period, Columns C(1) and C(2) should be left blank. If this transaction is only a partial disposition, add "(part)" to the description in Column D(1).

Part VII, Investments and Trusts, line 79, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

# Audit Report - MCAULIFFE, STEVEN J.

Part VII, Investments and Trusts, line 80, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

Part VII, Investments and Trusts, line 84, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

Part VII, Investments and Trusts, line 85, please provide the value code for the transaction in Column D(3).

Part VII, Investments and Trusts, line 89, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

Part VII, Investments and Trusts, line 97, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

Part VII, Investments and Trusts, line 103, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

Part VII, Investments and Trusts, line 127, if this asset was not owned on the last day of the reporting period, Columns C(1) and C(2) should be left blank. If this transaction is only a partial disposition, add "(part)" to the description in Column D(1).

Part VII, Investments and Trusts, line 133, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

Part VII, Investments and Trusts, line 135, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

Part VII, Investments and Trusts, line 144, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

Part VII, Investments and Trusts, line 146, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column

B(2).

Part VII, Investments and Trusts, line 149, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

Part VII, Investments and Trusts, line 152, if the entry in column A is not a header then, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

---

If this report is unclear or you have a question about its advice, please call the staff of the Committee on Financial Disclosure, at (202) 502-1850.

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| MCAULIFFE, STEVEN J. | U.S. DISTRICT COURT - N.H. | 05/14/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| --- | --- | --- |
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
| --- | --- |
| WARREN B. RUDMAN COURTHOUSE <br> 55 PLEASANT STREET, ROOM 416 <br> CONCORD, N.H. 03301 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Fellow | New Hampshire Bar Foundation |
| 2. Director | Challenger Center for Space Science Education |
| 3. Trustee | Trust #1 |
| 4. Shareholder (50 percent) | Pleasant Lake Air, Inc., LLC |
| 5. Partner | Pinchers' Investment Group (Neighborhood Investment Club) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 15 P 1: 10 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -BHP Billiton Ltd ADR | | | | | | | | | |
| 19. -Gilead Sciences Inc. | | | | | | | | | |
| 20. -MEMC Electr. Matls. | | | | | Sold | 2/18 | J | A | Mkt |
| 21. -Quest Diagnostics | | | | | | | | | |
| 22. -Suntech Power Hldgs. | | | | | | | | | |
| 23. -Unilever NV | | | | | | | | | |
| 24. -USG Corp. | | | | | Sold | 5/10 | J | A | Mkt |
| 25. -Zebra Technologies | | | | | | | | | |
| 26. -CDN Natl Rwy Co. | | | | | Buy | 6/16 | J | | Mkt |
| 27. -CIT Group New | | | | | Buy | 8/12 | J | | Mkt |
| 28. -Comp. De Saneo Mento Basico Estado DeSao Pauloads | | | | | Buy | 1/11 | J | | Mkt |
| 29. -El Paso Corp. | | | | | Buy | 6/16 | J | | Mkt |
| 30. -Harleysville Natl Co. PA | | | | | Buy | 5/12 | J | | Mkt |
| 31. -Vestas Wind Syst. | | | | | Buy | 2/19 | J | | Mkt |
| 32. -3M Co. | | | | | Buy | 11/14 | J | | Mkt |
| 33. Bank of America Corp. | | None | | | Sold | 1/3 | J | A | Mkt |
| 34. CVS Caremark Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| MCAULIFFE, STEVEN J. | - | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
|---|---|---|---|---|
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Citizens Commo. Co. | A | Dividend | | | Sold | 5/14 | J | A | Mkt |
| 53. Kinder Morgan Energy LP | A | Dividend | J | T | | | | | |
| 54. Alaska Com Sys Grp Inc. | A | Dividend | | | Sold | 2/11 | J | A | Mkt |
| 55. Penn VA Resource Pt. LP | A | Dividend | J | T | | | | | |
| 56. Adobe Systems, Inc. | A | Dividend | | | Sold | 12/12 | J | A | Mkt |
| 57. Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 58. Goodrich Corp. | A | Dividend | | | Sold | 12/12 | J | A | Mkt |
| 59. Myriad Genetics, Inc. | A | Dividend | K | T | | | | | |
| 60. Shire PLC ADR | A | Dividend | | | Sold | 7/10 | J | A | Mkt |
| 61. Williams Cos., Inc. | A | Dividend | J | T | | | | | |
| 62. Ishares TR Russell 2000 Index Fund | A | Dividend | J | T | | | | | |
| 63. Ishares TR Russell Midcap Val. Index Fund | A | Dividend | J | T | | | | | |
| 64. Paragon Shipping | A | Dividend | | | Sold | 4/30 | J | A | Mkt |
| 65. Diana Shipping | A | Dividend | | | Sold | 11/17 | J | A | Mkt |
| 66. Norfolk South. Corp. | A | Dividend | J | T | | | | | |
| 67. Kraft Foods | A | Dividend | | | Sold | 1/18 | J | A | Mkt |
| 68. American Eagle Outfitters | A | Dividend | | | Sold | 6/2 | J | A | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Altria Group | A | Dividend | | | Sold | 1/17 | J | A | Mkt |
| 70. Lloyds TSB Group | A | Dividend | | | Sold | 12/11 | J | A | Mkt |
| 71. Blackrock ENH Div Tr Com | A | Dividend | | | Sold | 1/22 | J | A | Mkt |
| 72. Eaton Vance Tax Mng Buywrite Inc. | A | Dividend | | | Sold | 3/6 | J | A | Mkt |
| 73. Eaton Vance Tax Mng. | A | Dividend | | | Sold | 3/6 | J | A | Mkt |
| 74. Nicholas-Applegate Intnl & Prem. | A | Dividend | J | T | | | | | |
| 75. Alpine Dyn. Div. Fund | A | Dividend | | | Sold | 2/25 | J | A | Mkt |
| 76. Blackrock Real Asset Tr | A | Dividend | J | T | | | | | |
| 77. IRA Ishares Russell Mid-cap | A | Dividend | K | T | | | | | |
| 78. IRA Saytem Comp. Svcs. | A | Dividend | J | T | | | | | |
| 79. Royal Bank of Canada | A | Dividend | J | T | Buy | 7/10 | J | | Mkt |
| 80. Mindray Medical Intnl Ltd | A | Dividend | J | T | Buy | 7/10 | J | | Mkt |
| 81. Ishares Trust Russell Midcap Growth Index Fund | A | Dividend | | | Buy | 7/10 | J | | Mkt |
| 82. McDonald's Corp. | | None | | | Buy | 12/11 | J | | Mkt |
| 83. American Capital Ltd. | A | Dividend | | | Buy | 2/5 | J | | Mkt |
| 84. American Capital Ltd. | A | Dividend | | | Sold | 11/17 | J | A | Mkt |
| 85. Apple, Inc. | A | Dividend | J | T | Buy | 2/26 | J | | Mkt |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Johnson & Johnson, Inc. | A | Dividend | J | T | Buy | 4/30 | J | | Mkt |
| 87. Deere & Co. | A | Dividend | J | T | Buy | 4/30 | J | | Mkt |
| 88. Corning, Inc. | A | Dividend | | | Buy | 5/14 | J | | Mkt |
| 89. Corning, Inc. | A | Dividend | | | Sold | 11/21 | J | A | Mkt |
| 90. Praxair | A | Dividend | J | T | Buy | 5/14 | J | | Mkt |
| 91. Express Scripts, Inc. | A | Dividend | J | T | Buy | 5/14 | J | | Mkt |
| 92. CR Bard, Inc. | A | Dividend | J | T | Buy | 5/14 | J | | Mkt |
| 93. Colgate-Palmolive Co. | A | Dividend | J | T | Buy | 5/14 | J | | Mkt |
| 94. General Electric | A | Dividend | J | | Buy | 9/17 | J | | Mkt |
| 95. IBM Corp. | A | Dividend | J | | Buy | 9/24 | J | | Mkt |
| 96. Ishares S&P 500 Index Fd | A | Dividend | | | Buy | 10/16 | J | | Mkt |
| 97. Ishares S&P 500 Index Fd | A | Dividend | | | Sold | 12/11 | J | A | Mkt |
| 98. Wachovia Corp. New Pfd. | | None | | | Buy | 10/22 | J | | Mkt |
| 99. Wachovia Corp. New Pfd. | | None | | | Sold | 10/24 | J | A | Mkt |
| 100. S&P 500 Depository Receipt | | None | | | Buy | 10/27 | J | | Mkt |
| 101. S&P 500 Depository Receipt | | None | | | Sold | 11/7 | J | A | Mkt |
| 102. Powershares QQQ Trust Unit | A | Dividend | J | T | Buy | 11/12 | J | | Mkt |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Federated Prime Obligation Fd (Money Market Fund) | A | Dividend | J | T | Buy | 4/1 | J | | Mkt |
| 104. Bank of Am. Corp. [C] | A | Dividend | J | T | | | | | |
| 105. Lowes Cos., Inc. [C] | A | Dividend | J | T | | | | | |
| 106. BP PLC ADR [C] | A | Dividend | J | T | | | | | |
| 107. Fed. Prime Obig. MM Fund [C] | A | Dividend | J | T | | | | | |
| 108. Wellpoint, Inc. [C] | A | Dividend | | | Sold | 4/30 | K | A | Mkt |
| 109. Kinder Morgan Energy Ptnrs. LP [C] | A | Dividend | K | T | | | | | |
| 110. CVS Caremark Corp. [C] | A | Dividend | J | T | | | | | |
| 111. Cemex S.A. [C] | A | Dividend | J | T | | | | | |
| 112. Citigroup Inc. [C] | A | Dividend | | | Sold | 9/24 | J | A | Mkt |
| 113. NFJ Dvd Int & PR FD [C] | A | Dividend | K | T | | | | | |
| 114. Enterprise Prod Pt [C] | A | Dividend | K | T | | | | | |
| 115. MFS Intnl Div FD [C] | A | Dividend | J | T | | | | | |
| 116. Chesapeake Energy [C] | A | Dividend | J | T | | | | | |
| 117. Citizens Commo [C] Name Change: Frontier Comm. Corp. | A | Dividend | K | T | | | | | |
| 118. Joy Global [C] | A | Dividend | | | Sold | 9/17 | J | A | Mkt |
| 119. Penn VA Res. Ptnrs. [C] | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Alaska Comm. Sys [C] | A | Dividend | | | Sold | 1/30 | J | A | Mkt |
| 121. Alpine Ser Tr [C] | A | Dividend | | | Sold | 3/4 | K | A | Mkt |
| 122. Alliance Resource Ptnrs [C] | A | Dividend | J | T | | | | | |
| 123. Altria Group [C] | A | Dividend | | | Sold | 11/17 | J | A | Mkt |
| 124. Kraft Foods, Inc. [C] | A | Dividend | | | Sold | 1/18 | J | A | Mkt |
| 125. Paragon Shipping [C] | A | Dividend | | | Sold | 4/30 | J | A | Mkt |
| 126. Diana Shipping Inc. [C] | A | Dividend | | | Sold | 11/17 | J | A | Mkt |
| 127. Lloyd's TSB Grp [C] | A | Dividend | | | Sold | 12/11 | K | A | Mkt |
| 128. Blackrock Real Asset [C] | A | Dividend | J | T | | | | | |
| 129. Blackrock Cap & Inc Str [C] | A | Dividend | J | T | | | | | |
| 130. Eaton Vance Tax Mng Buywrite Inc. [C] | A | Dividend | K | T | | | | | |
| 131. Eaton Vance Tax Mng [C] | A | Dividend | K | T | | | | | |
| 132. Nicholas-Applegate Intnl. & Prem. Str. [C] | A | Dividend | J | T | | | | | |
| 133. American Capital Ltd. [C] | A | Dividend | | | Buy | 2/5 | J | | Mkt |
| 134. American Capital Ltd. [C] | A | Dividend | | | Sold | 11/17 | J | A | Mkt |
| 135. AIG [C] | | None | | | Buy | 3/6 | J | | Mkt |
| 136. AIG [C] | | None | | | Sold | 6/10 | J | A | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Johnson & Johnson [C] | A | Dividend | J | T | Buy | 4/30 | J | | Mkt |
| 138.  Deere & Co. [C] | A | Dividend | J | T | Buy | 4/30 | J | | Mkt |
| 139.  Aflac, Inc. [C] | A | Dividend | J | T | Buy | 6/10 | J | | Mkt |
| 140.  General Electric [C] | A | Dividend | J | T | Buy | 9/17 | J | | Mkt |
| 141.  Apple, Inc. [C] | A | Dividend | J | T | Buy | 9/24 | J | | Mkt |
| 142.  IBM Corp. [C] | A | Dividend | J | T | Buy | 9/24 | J | | Mkt |
| 143.  Ishares S&P 500 Index Fund [C] | | None | | | Buy | 10/16 | J | | Mkt |
| 144.  Ishares S&P 500 Index Fund [C] | | None | | | Sold | 10/22 | J | A | Mkt |
| 145.  Wachovia Corp. New Pfd [C] | | None | | | Buy | 10/22 | J | | Mkt |
| 146.  Wachovia Corp. New Pfd [C] | | None | | | Sold | 10/24 | J | A | Mkt |
| 147.  Merrill Lynch Depository Sh. Rep. [C] | A | Dividend | J | T | Buy | 10/22 | J | | Mkt |
| 148.  Standard & Poor's 500 Depository Receipt [C] | | None | | | Buy | 10/27 | J | | Mkt |
| 149.  Standard & Poor's 500 Depository Receipt [C] | | None | | | Sold | 11/7 | J | A | Mkt |
| 150.  Powershares QQQ Trust Unit [C] | A | Dividend | J | T | Buy | 11/12 | J | | Mkt |
| 151.  Ishares S&P 500 Index Fd [C] | | None | | | Buy | 11/17 | J | | Mkt |
| 152.  Ishares S&P 500 Index Fd [C] | | None | | | Sold | 12/11 | J | A | Mkt |
| 153.  McDonald's Corp. [C] | A | Dividend | J | T | Buy | 12/11 | J | | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. RMA Tax-Free Fund [K] | A | Interest | J | T | | | | | |
| 155. UBS Pace MM Inv Fund Class P [K] | A | Interest | J | T | | | | | |
| 156. Am Funds Growth Fund of Am Class F [K] | A | Dividend | J | T | | | | | |
| 157. John Hancock Classic Val Fund Class A [K] | A | Dividend | J | T | | | | | |
| 158. Oppenheimer Main St. Small Cap Fd A [K] | A | Dividend | J | T | | | | | |
| 159. RS Value Fund Class A [K] | A | Dividend | J | T | | | | | |
| 160. Thornburg Intnl Value Fund Class A [K] | A | Dividend | J | T | | | | | |
| 161. DWS Core Fixed Income Fund Class A [K] | A | Dividend | J | T | | | | | |
| 162. FT Templeton Global Bond A [K] | A | Dividend | J | T | | | | | |
| 163. Manager's Bond Fund [K] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I. POSITIONS.
   Pleasant Lake Air, Inc., LLC, is a corporation formed to own a Cessna 182 Skylane single engine private airplane. I own a one-half interest in the corporation (and thus the airplane).

PART VI. LIABILITIES.
   I own a summer cottage with a former law partner, Edward E. Shumaker, III, as tenants in common, which property is mortgaged in part. That liability is not disclosed since it is secured by real property which is a ▮▮▮▮▮▮▮

PART VII. INVESTMENTS AND TRUSTS.
   Trust #1 assets are listed in Part VII, identified by the designation '[c]."

PART VII. INVESTMENTS AND TRUSTS.
   Line 9. Pinchers' Investment Group Ptnshp Share (specific holdings noted by " - " below) (investment club - aggregated per suggestion of Committee on Financial Disclosure 6/11/08).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544